

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00626-CR

**EX PARTE** Abraham **VASQUEZ-MARQUEZ**

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2022CRB000721L1
Honorable Leticia Martinez, Judge Presiding[1]

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order denying Abraham Vasquez-Marquez's application for pretrial writ of habeas corpus is REVERSED, and this cause is REMANDED to the trial court with instructions to discharge Abraham Vasquez-Marquez from bail and dismiss the information in the underlying proceeding with prejudice.

SIGNED December 27, 2023.

Irene Rios, Justice

---

[1] The Honorable Hugo D. Martinez is the judge of the Webb County Court at Law Number One. Associate Judge Leticia Martinez signed the order denying the habeas corpus relief at issue in this appeal.